# United States District Court
## EASTERN DISTRICT OF CALIFORNIA



FILED
DEC 06 2007
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

| | |
|---|---|
| United States of America ) | |
| vs. ) | Case No. 07-00236 DLB |
| STACEY J. LEVESQUE ) | |

## CONSENT TO MODIFY CONDITIONS OF RELEASE

I, _____Stacey J. Levesque_____, have discussed with _____Kimberly M. Dalton_____, Supervisory Pretrial Officer, modifications of my release conditions as follows:

<u>Add the following condition:</u>   You shall seek and/or maintain employment, and provide proof thereof to the Pretrial Services Officer upon request.

All other previously ordered conditions of release remain in full force and effect.

I consent to this modification of my release conditions and agree to abide by this modification.

_/s/_ 12-6-07        _/s/ Kimberly M. Dalton_ 12/6/07
Signature of Defendant   Date              Pretrial Services Officer   Date

I have reviewed the conditions and concur that this modification is appropriate.

_/s/_                                       12/6/07
Signature of Assistant United States Attorney      Date

I have reviewed the conditions with my client and concur that this modification is appropriate.

_/s/_                                       12/6/07
Signature of Defense Counsel                Date

### ORDER OF THE COURT

☒ The above modification of conditions of release is ordered, to be effective on  12/6/07
☐ The above modification of conditions of release is *not* ordered.

_/s/_                                       12/6/07
Signature of Judicial Officer               Date

cc:   U.S. Attorney's Office, Defense Counsel, Pretrial Services