DANIEL J. BRODERICK, Bar #89424
Federal Defender
CARRIE LEONETTI, Maryland Bar
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
STACEY J. LEVESQUE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> STACEY J. LEVESQUE, <br><br> Defendant. | No. 1:07-mj-0236 DLB <br><br> STIPULATION TO CONTINUE STATUS CONFERENCE; AND PROPOSED ORDER THEREON <br><br> Date : February 1, 2008 <br> Time: 1:30 p.m. <br> Dept : Hon. Dennis L. Beck |

IT IS HEREBY STIPULATED by and between the parties hereto, and through their respective attorneys of record herein, that the Status Conference hearing, in the above captioned matter, set for January 31, 2008, be continued to **February 1, 2008, at 1:30 p.m.**

The reason for this continuance is for defense preparation and availability of defense counsel.

The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice herein for effective defense preparation pursuant to 18 U.S.C. §§ 3161(h)(8)(A) and 3161(h)(8)(B)(i) and (iv).

///

///

///

///

///

|||
|---|---|
| | McGREGOR W. SCOTT<br>United States Attorney |
| DATED: January 30, 2008 | /s/ Mark J. McKeon<br>MARK J. McKEON<br>Assistant Federal Defender<br>Attorney for Plaintiff |
| | DANIEL J. BRODERICK<br>Federal Defender |
| DATED: January 30, 2008 | /s/ Carrie Leonetti<br>CARRIE LEONETTI<br>Assistant Federal Defender<br>Attorney for Defendant<br>Stacey J. Levesque |

**ORDER**

**IT IS SO ORDERED.** Time is hereby excluded pursuant to 18 U.S.C. §§ 3161(h)(8)(A) and 3161(h)(8)(B)(i) and (iv).

DATED: January 30, 2008

/s/ Dennis L. Beck
DENNIS L. BECK, Magistrate
United States District Court